# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIME SERVIN-AMBRIZ,<br><br>Defendant. | CASE NO. 15cr2753-DMS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

__X__  the Court has granted the motion of the Government for dismissal without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) as charged in the Information:

   21 USC 952 and 960

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: January 22, 2016

Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE